IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMY J. McDANIEL, individually and as assignee of the Estate of Edward Murotani, Decedent,<br><br>　　　　　　Plaintiff,<br>　　v.<br><br>GOVERNMENT EMPLOYEES INSURANCE COMPANY aka GEICO Insurance Company, and DOES 1-100, inclusive,<br><br>　　　　　　Defendants. | 1:12-CV-2028 AWI JLT<br><br>ORDER VACATING MARCH 4, 2013 HEARING DATE AND TAKING MATTER UNDER SUBMISSION |

　　　The Defendant has filed a 28 U.S.C. § 1404 motion to transfer. Hearing on the motions is currently set for March 4, 2013. The Court has reviewed the moving papers and has determined that this matter is suitable for decision without oral argument. Local Rule 230(h).

　　　Therefore, IT IS HEREBY ORDERED that the previously set hearing date of March 4, 2013, is VACATED, and the parties shall not appear at that time. As of March 4, 2013, the Court will take the matter under submission and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:　February 25, 2013

　　　　　　　　　　　　　　　　　　　　　SENIOR DISTRICT JUDGE