1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMY J. McDANIEL, individually and as Assignee of the Estate of Edward Murotani, Decedant,<br><br>    Plaintiff,<br><br>v.<br><br>GOVERNMENT EMPLOYEES INSURANCE COMPANY, et al.<br><br>    Defendants. | Case No. 1:12-CV-02028-AWI-JLT<br><br>**ORDER CONTINUING APRIL 3, 2013 SCHEDULING CONFERENCE AND THE MARCH 27, 2013 DEADLINE FOR FILING JOINT SCHEDULING REPORT** |

Based upon the stipulation of the parties as set forth in the document entitled "Stipulation to Continue April 3, 2013 Scheduling Conference and the March 27, 2013 Deadline for Filing Joint Scheduling Report," and good cause appearing,

IT IS HEREBY ORDERED as follows:

1. The Scheduling Conference previously scheduled for April 3, 2013 at 8:30 a.m. before U.S. Magistrate Judge Jennifer L. Thurston, is continued to June 10, 2013 at 9:30 a.m.;

///

///

2. The parties shall file and submit a Joint Scheduling Report in the manner discussed in the Court's previous order dated December 12, 2012 at least one full week before the continued date for the Scheduling Conference.

IT IS SO ORDERED.

Dated:  **March 15, 2013**              **/s/ Jennifer L. Thurston**
                                        UNITED STATES MAGISTRATE JUDGE