*Law Offices of*
YOUNG & NICHOLS
_____
**A Partnership Composed of Professional Corporation**
1901 Truxtun Avenue
P.O. Box 2347
Bakersfield, CA 93303
Telephone:  661-861-7911
Facsimile:   661-861-7932

STEVE W. NICHOLS, ESQ., SBN 91561
THOMAS A. BRILL, ESQ., SBN 125356
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \* \*

| | |
|---|---|
| AMY J. McDANIEL, individually and as Assignee of the Estate of Edward Murotani, Decedent,<br><br>Plaintiffs,<br><br>vs.<br><br>GEICO GENERAL INSURANCE COMPANY aka GEICO INSURANCE COMPANY, and DOES 1-100 inclusive,<br><br>Defendants. | CASE NO.:      1:12-CV-02028-AWI-JLT<br><br>**ORDER GRANTING THE STIPULATION TO EXTEND TIME TO DISCLOSE EXPERTS AND COMPLETE EXPERT DISCOVERY**<br>**(Doc. 26)** |

**WHEREBY** the parties to this action plan to file cross-motions for summary judgment which may be dispositive of this case, and

**WHEREBY** there is no need for expert witness testimony in relation to the cross-motions for summary judgment,

**IT IS HEREBY STIPULATED** by and between the parties herein, through their respective counsel of record, that the parties may submit expert reports pursuant to Rule 26 of the Federal Rules of Civil Procedure after this Court hears their respective motions for summary judgment, or on February 28, 2014, so that the court will have an opportunity to rule on the motions for summary judgment.

**FOR THE ABOVE REASONS,** the parties stipulate that the submission of expert reports pursuant to Rule 26 will occur after the motions for summary judgment are heard.

IT IS SO STIPULATED.

DATED: November 13, 2013                               LAW OFFICES OF YOUNG & NICHOLS

1

**STIPULATION OF PARTIES RE EXTENDING TIME TO SUBMIT RULE 26 EXPERT REPORTS AFTER RESPECTIVE MOTIONS FOR SUMMARY JUDGMENT ARE HEARD**

By_____/s/ Thomas A. Brill_____
      THOMAS A. BRILL, ESQ.
      Attorneys for Plaintiffs

IT IS SO STIPULATED.

DATED:  November 13, 2013         LAW OFFICES OF MARK W. HANSEN


By_____/s/ Mark W. Hansen_____
      MARK W. HANSEN, ESQ.
      Attorneys for Defendant

**ORDER**

      Before the Court is the stipulation of the parties to delay expert discovery until after the yet-to-be filed motion for summary judgment is decided.  (Doc. 26) Apparently, the parties wish to avoid expending costs related to expert discovery until it is determined whether the matter will proceed to trial.  Presumably, the parties are aware the delay requested would mean that the parties will be conducting expert discovery during the time they should be meeting-and-conferring related to the pretrial hearing and it will mean that **they will not be permitted to file any non-dispositive, discovery motions related to experts**, given the filing deadline for such a motion will expire by the end of January.  Likewise, given that Judge Ishii maintains one of the highest caseloads in the entire federal system, the fact that the dispositive motion is not be decided before the extended deadline for expert disclosure set forth below, **SHALL NOT** constitute good cause to again extend these deadlines.  With these understandings, the Court will **GRANT** the request as follows:

      1.    Experts SHALL be disclosed **no later than May 9, 2014** and rebuttal experts SHALL be **disclosed no later than May 23, 2014**.  Expert discovery SHALL be completed **no later than June 6, 2014**;

      The parties are advised that the need to complete expert discovery or difficulties related to completing expert discovery **SHALL NOT** constitute good cause to continue any deadline set forth in the scheduling order including the date of the pretrial conference or the trial.

      **No other amendments to the scheduling order are authorized.**

IT IS SO ORDERED.

   Dated:  **December 9, 2013**                  **/s/ Jennifer L. Thurston**
                                                           UNITED STATES MAGISTRATE JUDGE

**STIPULATION OF PARTIES RE EXTENDING TIME TO SUBMIT RULE 26 EXPERT REPORTS AFTER RESPECTIVE MOTIONS FOR SUMMARY JUDGMENT ARE HEARD**

1

**STIPULATION OF PARTIES RE EXTENDING TIME TO SUBMIT RULE 26 EXPERT REPORTS AFTER RESPECTIVE MOTIONS FOR SUMMARY JUDGMENT ARE HEARD**