UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **AMY J. McDANIEL,**<br><br>　　　　**Plaintiff**<br><br>　　v.<br><br>**GEICO GENERAL INSURANCE COMPANY, and DOES 1-100 inclusive,**<br><br>　　　　**Defendants** | CASE NO. 1:12-CV-2028 AWI JLT<br><br>**ORDER VACATING HEARING AND TAKING MATTERS UNDER SUBMISSION** |

　　The parties have filed cross-motions for summary judgment that are set for hearing on April 28, 2014. The Court has reviewed the papers and has determined that these matters are suitable for decision without oral argument. See Local Rule 230(g).

　　Therefore, IT IS HEREBY ORDERED that the previously set hearing date of April 28, 2014, is VACATED, and the parties shall not appear at that time. As of April 28, 2014, the Court will take the matters under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:  April 22, 2014  　　　　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　SENIOR DISTRICT JUDGE