UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMY J. McDANIEL, individually and as Assignee of the Estate of Edward Murotani, Decedant,<br><br>    Plaintiff,<br><br>    v.<br><br>GOVERNMENT EMPLOYEES INSURANCE COMPANY, et al.<br>    Defendants. | Case No. 1:12-CV-02028-AWI-JLT<br><br>**ORDER GRANTING STIPULATION TO AMEND THE SCHEDULING ORDER**<br><br>**(Doc. 35)** |

Based upon the stipulation of the parties and good cause appearing, the Court **ORDERS** the scheduling order (Docs. 23, 27) amended as follows:

1. The parties SHALL disclose their experts no later than **June 20, 2014**;

2. Rebuttal experts SHALL be disclosed no later than until **July 3, 2014**;

3. All discovery related to experts SHALL be completed no later than **July 17, 2014**;

4. Non-dispositive motions SHALL be filed no later than **August 1, 2014** and heard no later than **September 5, 2014**;

5. The pre-trial conference, currently set on June 18, 2014, is continued to **October 14, 2014 at 10:00 a.m.**;

6. The trial, currently set on August 19, 2014 is continued to **December 9,**

**2014**.

**Absolutely no further amendments to the scheduling order will be considered absent a showing of exceptional good cause.**

IT IS SO ORDERED.

Dated:   **May 7, 2014**                              **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE