SHEPPARD MULLIN RICHTER & HAMPTON LLP
JOHN T. BROOKS, Cal. Bar No. 167793
VANESSA A. BARSANTI, Cal. Bar No. 292103
501 West Broadway, 19th Floor
San Diego, CA 92101
Telephone: (619) 338-6500
Facsimile: (619) 234-3815
E-mail:   jbrooks@sheppardmullin.com
          vbarsanti@sheppardmullin.com

Attorneys for Defendant
GEICO GENERAL INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMY J. McDANIEL, individually and as Assignee of the Estate of Edward Murotani, Decedent,<br><br>          Plaintiff,<br><br>     vs.<br><br>GEICO GENERAL INSURANCE COMPANY aka GEICO INSURANCE COMPANY, and DOES 1-100, inclusive,<br><br>          Defendants. | Case No. 1:12-CV-02028-AWI-JLT<br><br>**STIPULATION AND ORDER FOR STAY PENDING APPEAL AND WAIVER OF THE SUPERSEDEAS BOND REQUIREMENT** |

WHEREAS, on October 10, 2014, this Court ordered that the clerk shall enter judgment in favor of Plaintiff (ECF. No. 49) and judgment was entered (ECF No. 50);

WHEREAS, GEICO is considering whether to appeal the judgment;

WHEREAS, the parties reached an agreement that should GEICO choose to appeal, enforcement and execution of the judgment should be stayed pending exhaustion or abandonment of appellate remedies, pursuant to the Court's authority under Federal Rule of Civil Procedure 62 and Federal Rule of Appellate Procedure 8;

WHEREAS, the parties have also agreed that should GEICO choose to appeal, no supersedeas bond should be required because GEICO has significant and ample assets, such that there is no danger to Plaintiff's recovery in dispensing with the supersedeas bond requirement, and it would therefore be wasteful to require a bond and the resulting bond premium;

IT IS HEREBY STIPULATED by the parties, by and through their counsel of record, that:

1. Enforcement of the judgment in this case may be stayed pending the exhaustion or abandonment of all appellate remedies, without the need for GEICO to post a supersedeas bond.

The undersigned parties respectfully request the Court to issue the Proposed Order set forth below granting a stay, and waiving the requirement of a supersedeas bond.

DATED: October 28, 2014

LAW OFFICES OF YOUNG & NICHOLS

By: s/ Steve W. Nichols
STEVE W. NICHOLS, ESQ.
THOMAS A. BRILL, ESQ.

*Attorney for Plaintiff*
AMY J. MCDANIEL

1 | DATED: October 28, 2014

2 | SHEPPARD MULLIN RICHTER & HAMPTON LLP

3 | By:  s/ John T. Brooks
4 | JOHN T. BROOKS
VANESSA A. BARSANTI

*Attorney for Defendant*
GEICO GENERAL INSURANCE COMPANY

## **ORDER**

Pursuant to stipulation of the parties, it is hereby ordered that execution of and any proceedings to enforce the judgment in this matter be stayed pending exhaustion or abandonment of appellate remedies, without the need for GEICO to post a supersedeas bond.

IT IS SO ORDERED.

Dated:   October 28, 2014                    _____
SENIOR DISTRICT JUDGE