# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **AMY J. McDANIEL,** | **CASE NO. 1:12-CV-2028 AWI JLT** |
| **Plaintiff** | |
| v. | **ORDER FOR ENTRY OF JUDGMENT** |
| **GEICO GENERAL INSURANCE COMPANY, and DOES 1-100 inclusive,** | |
| **Defendants** | |

On March 7, 2017, the Ninth Circuit Court of Appeals reversed a judgment entered in favor of Plaintiff in this case and instructed this Court to enter judgment in favor of Defendant. See Doc. No. 66. On April 3, 2017, the Ninth Circuit issued its mandate. See Doc. No. 68. The Court will follow the instructions of the Ninth Circuit.

Accordingly, IT IS HEREBY ORDERED that the Clerk shall enter judgment in favor of Defendant and CLOSE this case pursuant to the order of the Ninth Circuit Court of Appeals.

IT IS SO ORDERED.

Dated:   April 4, 2017                                          _____
                                                                                     SENIOR DISTRICT JUDGE